UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>ZUNIGA, et al.,<br><br>Defendants. | No.  2:19-cv-2403 KJM AC P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

On January 16, 2020, this court found that plaintiff has at least three strikes under 28 U.S.C. § 1915(g) and cannot be granted in forma pauperis status unless he makes a showing that he is in imminent danger of serious physical injury at the time of filing a complaint. ECF No. 12 at 3-4.  The undersigned recommended that plaintiff be ordered to pay the entire $400.00 in required fees.  Id. at 4.  On June 15, 2020, the district court adopted the findings and plaintiff was ordered to pay the entire $400.00 within thirty days, and was cautioned that failure to do so could result in dismissal of this action.  ECF No. 16.  The thirty-day period has now expired and plaintiff has not responded to the court's order nor has he paid the $400 filing fee.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2